210 So.2d 509

**Magnus J. JACQUET, Jr.**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.**

No. 49273.

June 7, 1968.

In re: Magnus J. Jacquet, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 208 So.2d 732.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

210 So.2d 509

**PAMPER CORPORATION**

v.

**TOWN OF MARKSVILLE.**

No. 49276.

June 7, 1968.

In re: Pamper Corporation applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 208 So.2d 715.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.